UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE W. CRUMP, JR., #236528,

    Plaintiff,

v.                                   CASE NO. 14-CV-12761
                                   HON. DENISE PAGE HOOD

RICHARD CADY, et al.,

    Defendants.
_____/

## **OPINION & ORDER DISMISSING THE COMPLAINT**

Michigan prisoner Horace Crump, Jr. ("Plaintiff") filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983, as well as an application to proceed without prepayment of the filing fee, in 2014. ECF Nos. 1, 2. In the complaint, he raised claims of retaliation, deliberate indifference, conspiracy, discrimination, denial of equal protection, and intentional infliction of emotional distress arising from his confinement at the Cotton Correctional Facility in Jackson, Michigan. ECF No. 1. Upon initial screening, the Court denied Plaintiff's application to proceed without repayment of the filing fee pursuant to the three strikes rule established by the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g), and dismissed the civil rights complaint without prejudice. ECF Nos. 4, 5. Based on a Sixth Circuit decision ruling that one of Plaintiff's

prior case dismissals did not count as a strike under the PLRA, *see Crump v. Blue*, 121 F.4th 1108 (6th Cir. 2024), the Court granted Plaintiff's motion for relief from judgment and reopened the case for further consideration. In so doing, the Court ordered Plaintiff to file an amended complaint and an updated application to proceed without prepayment of the filing fee. ECF No. 9.

Plaintiff then filed an amended complaint and an application to proceed without prepayment of the filing fee, ECF Nos. 10, 11, but his application was incomplete. Consequently, the Court ordered him to correct the filing deficiency within 30 days – by October 9, 2025. The order provided that if he did not do so, his case would be dismissed. ECF No. 12. There is no indication on the docket that this order was returned to the court for any reason. Plaintiff has not corrected the deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his civil rights complaint. This case is closed.

    **IT IS SO ORDERED**.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

Dated: January 22, 2026